# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 15CR2932-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| ARTURO DIAZ-RAMIREZ (5), | ) | |
| Defendant. | ) | |

Upon the oral motion of the United States, the Court grants the Government's motion to dismiss with prejudice the Indictment and Superseding Information in the above entitled case against defendant Arturo Diaz-Ramirez. The Defendant is hereby discharged as to this case only and the bond is hereby exonerated.[1] The forfeiture of $40,000 to the United States as set forth in the parties' Pretrial Diversion Agreement (Doc. No. 965) remains undisturbed by this Judgment and Order.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 9, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-